# United States District Court
# Eastern District of California

Xiangdi Lin
Plaintiff(s)

V.

Warden, Central Valley Annex; et al.,
Defendant(s)

Case Number: 1:26-cv-06567-DJC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ling Li hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Xiangdi Lin

On 06/21/2010 (date), I was admitted to practice and presently in good standing in the U.S. Dist. Ct., Southern Dist. of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/17/2026 Signature of Applicant: /s/ Ling Li

**Pro Hac Vice Attorney**

Applicant's Name: Ling Li

Law Firm Name: Law Office of Ling Li

Address: 9 Mott Street, #301

City: New York State: NY Zip: 10013

Phone Number w/Area Code: (212) 566-2064

City and State of Residence: New York, NY

Primary E-mail Address: liling.esq@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Lori B. Schoenberg

Law Firm Name: Law Offices of Lori B. Schoenberg

Address: 611 Wilshire Boulevard

Suite 1006

City: Los Angeles State: CA Zip: 90017

Phone Number w/Area Code: (858) 922-6721 Bar # 212972

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 18, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE